## (February 9, 1965)

■ HAROLD A. GIANCOLA, Respondent, v. DAMAR REALTY CORP., Appellant.— Determination of the Appellate Term unanimously affirming a judgment of the Civil Court entered in plaintiff's favor, unanimously reversed on the law and on the facts, with $50 costs to appellant, and the complaint dismissed. The trial court, in finding for the plaintiff, must of necessity have found that the manner of construction of the door or of its maintenance created a condition of foreseeable danger. After having examined the pertinent exhibit we can come to no other conclusion but that even absent any markings no fault can be found with either the manner of construction or the manner in which the door was maintained. Accordingly, we find no negligence on the part of the defendant and it may not be cast in liability for plaintiff's injuries. Concur — Botein, P. J., Rabin, Valente, Stevens and Witmer, JJ.

■ MARTA GORDIAN, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order, entered on October 13, 1964, setting aside a jury verdict unless plaintiff stipulates to a reduction of the verdict to $1,500, unanimously modified on the law, the facts and in the exercise of discretion so as to increase the sum of $1,500 to $3,000, and, as so modified, affirmed, with $30 costs and disbursements to appellant. The sum of $7,500 awarded to plaintiff by the jury is clearly excessive and is not supported by the evidence in this record. Concur — Botein, P. J., Rabin, Valente, Stevens and Witmer, JJ.